IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR473 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| CLIFFORD TAYLOR, JR., | ) ) | |
| Defendant. | ) | |

Before the court is the government's Motion for Order Dismissing Count V of the Indictment, Filing No. 45.  The government has indicated that Count V was inadvertently not included in paragraph 1 of the plea agreement as a count to be dismissed.  Accordingly,

IT IS ORDERED that Count V of the Indictment is hereby dismissed.

DATED this 29th day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge